**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSE MADRID,

Plaintiff,

v. Case No. 1:25-cv-00029-MLG-LF

WELLS FARGO BANK, NATIONAL ASSOCIATION
d/b/a WELLS FARGO BANK, N.A,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

United States Magistrate Judge Laura Fashing filed a notice of Proposed Findings and Recommended Disposition ("PFRD") on December 10, 2025. Doc. 33. The PFRD recommends the Court grant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Second Amended Complaint. *Id.* at 1. The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* at 13. No objections were filed.

The Court finds no reason either in law or in fact to depart from Judge Fashing's recommendations. It is therefore ordered as follows:

1. Judge Fashing's Proposed Finding and Recommended Disposition Regarding Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, Doc. 33, is adopted in full;
2. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, Doc. 30, is granted; and
3. Final judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA